WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 477-9200
rfinlay@wrightlegal.net; pwatson@wrightlegal.net

**JS-6**

Attorneys for COMPASS BANK and ROUNDPOINT MORTGAGE SERVICING CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPASS BANK, an Alabama Corporation,<br><br>        Plaintiff,<br>vs.<br><br>CHRISTOPHER M. PETERSEN, an individual; CAROLINA L. PETERSEN, an individual; CP FINANCIAL AND CP REALTY, INC., a California Corporation;<br>THE STRUNZO DEVELOPMENT CORPORATION OF CALIFORNIA aka STRUNZO DEVELOPMENT CORPORATION, a California Corporation, and Does 1 through 10, Inclusive,<br><br>        Defendants.<br><br>CHRISTOPHER M. PETERSEN, an individual; CAROLINA L. PETERSEN, an individual,<br><br>        Plaintiffs,<br>vs.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida corporation, et al.<br><br>        Defendants. | Case No. EDCV 11-00871 VAP (DTBx)<br><br>**Related Case: EDCV 11-01201 VAP (OPx)**<br><br>**ORDER DISMISSING ACTION AND RELATED-ACTION WITH PREJUDICE** |

-1-
[PROPOSED] ORDER DISMISSING THE ACTION AND RELATED-ACTION WITH PREJUDICE

1  The Court, having considered the Stipulation for Order Dismissing the
2 above-referenced Action and Related-Action with Prejudice entered into between
3 COMPASS BANK ("Compass"), ROUNDPOINT MORTGAGE SERVICING
4 CORPORATION ("RoundPoint"), Christopher M. Petersen ("Mr. Petersen"),
5 Carolina L. Petersen ("Mrs. Petersen") and CP Financial and CP Realty, Inc. ("CP")
6 (collectively the "Petersens") (hereinafter, collectively the "Parties"), and for good
7 cause appearing, orders as follows:
8  1.  The above-referenced Action identified as Case Number EDCV 11-
9 00871 VAP (DTBx) is dismissed in its entirety, as to all remaining defendants, with
10 prejudice; and
11  2.  The above-referenced Related-Action identified as Case Number EDCV
12 11-01201 VAP(OPx) is dismissed in its entirety, as to all remaining defendants, with
13 prejudice.

15 IT IS SO ORDERED.

18 Dated: August 14, 2013____   ____
19                             Judge of the United States District Court